**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.*  84Partners LLC,<br><br>          Plaintiff and Relator,<br><br>                    v.<br><br>NUFLO, INC., SYNERGY FLOW<br>SYSTEMS, LLC, GENERAL DYNAMICS,<br>MARINE SYSTEMS DIVISION,<br>ELECTRIC BOAT, and NEWPORT<br>NEWS SHIPBUILDING<br><br>          Defendants.<br>_____ | )<br>)<br>) Civil Action No. 3:14-cv-1256-J-32PDB<br>)<br>) Judge Timothy J. Corrigan<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION REQUESTING SCHEDULING ORDER**

On October 29, 2019, Relator 84Partners LLC filed Waivers of Service of Summons for Newport News Shipbuilding and Electric Boat Corp. (hereinafter "Defendants") confirming service of the Complaint (Docs. 42 and 43, respectively). Pursuant to those Waivers, Defendants' responsive pleadings would be due within 60 days, or by December 30, 2019. Under Fed. R. Civ. P. 15(a), Relator would have an additional 21 days, or until January 20, 2020, to file an amended complaint without an order of the Court.

Because Defendants intend to file motions to dismiss and Relator intends to file an Amended Complaint, the parties have conferred about an amended schedule that would accommodate those filings in an order that would not require Defendants to first file motions to dismiss that may be mooted by an Amended Complaint. In addition, because an Amended Complaint as well as motions to dismiss are anticipated, the parties request that the Case Management Report deadline be stayed and that discovery be stayed until a ruling is made on the motions to dismiss.

Thus, Relator's counsel and Defendants' counsel respectfully request entry of the following schedule:

1. Relator will serve its Amended Complaint by January 31, 2020.

2. Defendants will file their respective motions to dismiss within 45 days of that filing, or by March 16, 2020.

3. Relator will file oppositions to those motions within 30 days, or by April 15, 2020.

4. The Case Management Report and discovery will be stayed until a ruling is made on Defendants' motions to dismiss.

A Proposed Order is attached.

Respectfully submitted,

  s/ Craig Martin
Craig Martin
Jenner & Block
353 N. Clark Street
Chicago, IL 60654
Tel. (312) 222-9350
cmartin@jenner.com

-and-

  s/ Gregory W. Kehoe
Gregory W. Kehoe
kehoeg@gtlaw.com
FBN: 0486140
Danielle S. Kemp
kempd@gtlaw.com
FBN: 474355
Greenberg Traurig, P.A.
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Tel: (813) 318-5700
Fax: (813) 318-5900

*Counsel for General Dynamics, Marine Systems Division, Electric Boat Corp.*

 s/ Jennifer M. Verkamp
Jennifer M. Verkamp
Frederick M. Morgan, Jr.
Jillian L. Estes (FBN: 0055774)
MORGAN VERKAMP, LLC
35 East Seventh Street, Ste. 600
Cincinnati, Ohio  45202-2015
Tel. (513) 651-4400
jennifer.verkamp@morganverkamp.com
rick.morgan@morganverkamp.com
jillian.estes@morganverkamp.com

*Counsel for Relator*

 s/ Michael L. Waldman
Michael L. Waldman
Robbins Russell
2000 K Street, NW, 4th Floor
Washington, DC 20006
Tel. (202) 775-4525
mwaldman@robbinsrussell.com

*Counsel for Newport News Shipbuilding*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing will be served via the Court's electronic filing system and served on all counsel of record on this 4th day of December, 2019.

                                     s/ Gregory W. Kehoe
                                     Gregory W. Kehoe

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* 84Partners LLC,<br><br>    Plaintiff and Relator,<br><br>        v.<br><br>NUFLO, INC., SYNERGY FLOW<br>SYSTEMS, LLC, GENERAL DYNAMICS,<br>MARINE SYSTEMS DIVISION,<br>ELECTRIC BOAT, and NEWPORT<br>NEWS SHIPBUILDING<br><br>    Defendants.<br>_____ | )<br>)<br>) Civil Action No. 3:14-cv-1256-J-32PDB<br>)<br>) Judge Timothy J. Corrigan<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER SETTING SCHEDULE

Upon consideration of the Joint Motion filed by Relator and Defendants Newport News Shipbuilding and Electric Boat Corp.,

IT IS HEREBY ORDERED:

1. Relator will serve its Amended Complaint by January 31, 2020.

2. Defendants will file their respective motions to dismiss within 45 days of that filing, or by March 16, 2020.

3. Relator will file oppositions to those motions within 30 days, or by April 15, 2020.

4. The Case Management Report and discovery will be stayed until a ruling is made on Defendants' motions to dismiss.

DATED: _____,2019         _____
                                    Timothy J. Corrigan
                                    United States District Judge