UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
ex rel. 84Partners LLC,

        Plaintiff,

vs.                                                        Case No. 14-cv-1256-J-32PDB

NUFLO, INC., SYNERGY FLOW
SYSTEMS, LLC, GENERAL DYNAMICS,
MARINE SYSTEMS DIVISION, ELECTRIC
BOAT CORP., and HUNTINGTON
INGALLS INDUSTRIES, NEWPORT
NEWS SHIPBUILDING DIVISION,

        Defendants.
_____/

**STIPULATION OF PARTIAL DISMISSAL OF THE**
**_QUI TAM_ ACTION AS TO DEFENDANT NUFLO, INC. ONLY**

        Pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure and 31 U.S.C. § 3730(b)(1), the United States, having intervened for the purpose of settlement in this *qui tam* action brought pursuant to the False Claims Act (FCA), 31 U.S.C. §§ 3729-3733, and Relator, 84Partners LLC, file this Stipulation of Partial Dismissal of the *Qui Tam* Action as to Defendant Nuflo, Inc. (Nuflo) only, in accordance with the terms and conditions of the settlement agreement described herein, and in accordance with the terms and conditions set forth below. Defendant Nuflo has not been served in this action, and has not filed an answer or dispositive motion.

1

The United States, Relator and Defendant Nuflo have executed a settlement agreement (Settlement Agreement) pursuant to which the claims against Defendant Nuflo set forth in the Complaint are to be dismissed with prejudice to the Relator, and with prejudice to the United States as to the Covered Conduct, as that term is defined in the Settlement Agreement, but otherwise without prejudice to the United States.  Relator and Nuflo also have settled Relator's claim against Nuflo for expenses, attorney's fees and costs pursuant to 31 U.S.C. § 3730(d).  Except as provided in the Settlement Agreement, or in a separate agreement between Relator and Nuflo, all parties will bear their own expenses, attorney's fees and costs relating to the claims against Nuflo.  In a separate agreement, the United States and Relator have resolved Relator's claim for a share of the settlement proceeds from Nuflo under 31 U.S.C. § 3730(d)(1).

Subject to the terms and conditions of the Settlement Agreement, the United States and Relator jointly stipulate to the:

(A) dismissal with prejudice to the Relator of all claims asserted against Defendant Nuflo in this action;

(B) dismissal with prejudice to the United States of all claims for the Covered Conduct, as the term is defined in the Settlement Agreement, against Defendant Nuflo; and

(C) dismissal without prejudice to the United States of all of the remaining claims against Defendant Nuflo in this action.

This Stipulation does not dismiss any claims against any person or entity other than Defendant Nuflo.

Dated:  January 31, 2020             Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARIA CHAPA LOPEZ
United States Attorney

    *Sean M. Powers*
SEAN M. POWERS
Assistant United States Attorney
USA # 180
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202
Telephone: (904) 301-6254
Fax: (904) 301-6310
Email: Sean.Powers@usdoj.gov

ANDY J. MAO
MICHAL TINGLE
ALAN S. GALE
ARNOLD M. AUERHAN
Attorneys, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Post Office Box 261
Washington, D.C. 20044
(202) 307-0278
**Attorneys for the United States**

    *Jennifer M. Verkamp*
Jennifer M. Verkamp
Frederick M. Morgan, Jr.
Jillian L. Estes
MORGAN VERKAMP, LLC
35 East Seventh Street, Ste. 600
Cincinnati, Ohio 45202-2015
Tel. (513) 651-4400

Fax (513) 651-4405
jennifer.verkamp@morganverkamp.com
rick.morgan@morganverkamp.com
jillian.estes@morganverkamp.com
**Counsel for Relator**

## **CERTIFICATE OF SERVICE**

The United States certifies that a copy of the foregoing Stipulation of Partial Dismissal of the *Qui Tam* Action as to Defendant Nuflo, Inc., Only, was delivered via U.S. Mail, on January 31, 2020, to:

Jennifer M. Verkamp, Esq.
Frederick M. Morgan, Jr., Esq.
Jillian L. Estes, Esq.
Morgan Verkamp, LLC
35 East Seventh Street, Suite 600
Cincinnati, OH  45202-2015

      *Sean M. Powers*
SEAN M. POWERS
Assistant United States Attorney