IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. 84PARTNERS LLC,<br><br>Plaintiff and Relator,<br><br>v.<br><br>GENERAL DYNAMICS ELECTRIC BOAT, et al.,<br><br>Defendants. | Case No. 3:14-cv-1256-J-32-PDB<br><br>The Honorable Timothy J. Corrigan<br><br>Magistrate Judge Patricia D. Barksdale |

**UNOPPOSED MOTION OF MICHAEL DOORNWEERD TO
APPEAR PRO HAC VICE AND DESIGNATION OF LOCAL COUNSEL
PURSUANT TO LOCAL RULE 2.02**

Pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida, Michael Doornweerd of Jenner & Block LLP respectfully moves for entry of an order permitting Mr. Doornweerd's appearance *pro hac vice* as counsel for Defendant General Dynamics Electric Boat. In support of their Motion, the undersigned show the Court the following:

1. Michael Doornweerd is a resident of Illinois and is a member in good standing with the bar of the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court for the District of Colorado, the United States Court of Federal Claims, the United States Third Circuit Court of Appeals, United States Fifth Circuit Court of Appeals, United States Sixth Circuit Court of Appeals, the United States Seventh Circuit Court of Appeals, and the United States Supreme Court.

2.      Mr. Doornweerd is familiar with and shall be governed by the rules of this Court, including Local Rule 2.04 and is familiar with, and shall be governed by, the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

3.      Mr. Doornweerd will comply with both the fee and email registration requirements of Local Rule 2.01(d) contemporaneously with the filing of this Motion.

## DESIGNATION OF COUNSEL

Gregory W. Kehoe is designated as counsel.  Ms. Kehoe is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida.  All notices and paper may be served upon Mr. Kehoe who will be responsible for the progress of the case, including the trial in the event of default of Mr. Doornweerd.

## LOCAL RULE 3.01(g) - CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), Gregory W. Kehoe certifies that he has conferred with Relator's counsel, and Relator has no objection to this Motion.

WHEREFORE, the undersigned counsel respectfully request that the Court enter an Order permitting Mr. Doornweerd's appearance *pro hac vice* for purposes of this case.

Respectfully Submitted,

/s/ Gregory W. Kehoe
Gregory W. Kehoe (FBN: 0486140)
Danielle S. Kemp (FBN:  0474355)
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Tel. (813) 318-5700
Fax. (813) 318-5900

kehoeg@gtlaw.com
kempd@gtlaw.com

and

/s/ Michael A. Doornweerd
Michael A. Doornweerd
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel. (312) 923-2631
Fax. (312) 840-7631
mdoornweerd@jenner.com

*Counsel for General Dynamics Electric Boat*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated: February 13, 2020

/s/ Gregory W. Kehoe
Attorney