# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. 84PARTNERS LLC, | ) ) ) |
| Plaintiff and Relator, | ) Case No. 3:14-cv-1256-J-32-PDB ) ) The Honorable Timothy J. Corrigan |
| v. | ) ) Magistrate Judge Patricia D. Barksdale |
| GENERAL DYNAMICS ELECTRIC BOAT, et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANT GENERAL DYNAMICS ELECTRIC BOAT'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendant General Dynamics Electric Boat ("GDEB") requests that attorney Michael A. Doornweerd with the firm Jenner & Block LLP be permitted to substitute as lead attorney and counsel of record for GDEB in place of prior counsel of record, Craig C. Martin of Jenner & Block LLP.[1]  By substitution of attorney Doornweerd, attorney Martin requests that he be permitted to withdraw from the representation of GDEB.  In support of this motion, GDEB states as follows:

1. Attorney Craig C. Martin is unable to continue as lead counsel because of other, professional commitments, including among other matters, three trials in substantial matters scheduled in federal courts in 2020.

2. Attorney Michael A. Doornweerd has moved to appear *pro hac vice* and submitted his special admission attorney certification in order to practice in the United

---

[1] Attorneys Danielle S. Kemp and Gregory W. Kehoe of Greenberg Traurig, P.A. who previously filed appearances in this matter are *not* withdrawing and will also remain as counsel for GDEB.

States District Court, Middle District of Florida, and is an attorney with the same firm as attorney Martin.

3. Pursuant to Local Rule 2.03(b), GDEB, Relator's counsel, and counsel for Huntington Ingalls Industries, Newport News Shipbuilding Division ("NNS") have been notified of, and have consented to the substitution of counsel.

## LOCAL RULE 3.01(g) - CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), counsel for GDEB has conferred with Relator's counsel and counsel for NNS about the relief requested in this motion. Relator and NNS do not oppose this motion.

WHEREFORE, the undersigned counsel respectfully request that the Court enter an order granting GDEB's motion to substitute attorney Michael A. Doornweerd of Jenner & Block LLP as lead attorney and counsel of record from Jenner & Block LLP in place of attorney Craig C. Martin and permitting Craig C. Martin to withdraw.

Respectfully Submitted,

/s/ Craig C. Martin
  Craig C. Martin (*pro hac vice*)
  JENNER & BLOCK LLP
  353 North Clark Street
  Chicago, Illinois 60654
  Tel. (312) 923-2776
  Fax. (312) 840-7776
  cmartin@jenner.com

/s/ Gregory W. Kehoe
  Gregory W. Kehoe (FBN: 0486140)
  Danielle S. Kemp (FBN: 0474355)
  GREENBERG TRAURIG, P.A.
  101 E. Kennedy Blvd., Ste. 1900
  Tampa, Florida 33602
  Tel. (813) 318-5700
  Fax. (813) 318-5900
  kehoeg@gtlaw.com
  kempd@gtlaw.com

   And

/s/ Michael A. Doornweerd
Michael A. Doornweerd
(*pro hac vice pending*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel. (312) 923-2631
Fax. (312) 840-7631
mdoornweerd@jenner.com

*Counsel for General Dynamics Electric Boat*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated: February 13, 2020

/s/ Gregory W. Kehoe
Attorney