## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
Ex rel. 84 PARTNERS LLC,

      Plaintiff,

v.                                                    Case No. 3:14-cv-1256-J-32PDB

GENERAL DYNAMICS,
ELECTRIC BOAT CORP. and
HUNTINGTON INGALLS
INDUSTRIES, NEWPORT NEWS
SHIPBUILDING DIVISION,

      Defendants.

_____

GENERAL DYNAMICS ELECTRIC
BOAT CORP.,

      Plaintiff,

v.                                                    Case No. 3:20-cv-769-J-32MCR

MICKEY SKOBIC and JOANNE
SKOBIC

      Defendants.

_____

## NOTICE OF TELEPHONE HEARING

     **TAKE NOTICE** that this case is hereby **SET** for **a telephone hearing** on the pending motions to dismiss in the 84Partners case (Docs. 60, 61) and the pending motion to stay in the Skobic case (Doc. 8) on **October 6, 2020** at **10:00 a.m. (Eastern Standard Time).** The conference line will be activated at 9:50

a.m. so the hearing may start promptly at 10:00 a.m. The Court requests that counsel for the Government also participate.

**The Courtroom Deputy will email the call-in information to counsel of record using the email addresses listed on the Court's docket for this case.**

Members of the public or press who wish to listen to the proceedings may email the Courtroom Deputy at Marielena_Diaz@flmd.uscourts.gov or call the Courtroom Deputy at (904) 549-1303 to receive the call-in information.

**To reduce background audio interference, the parties should not use the speaker function during the call and are encouraged to use landlines if possible. Further, parties must put their phones on mute when not speaking. Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.**

Persons granted remote access to proceedings are reminded of the general prohibition against recording, and rebroadcasting of court proceedings.

**DATED** this 15th day of September, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

By: /s/ Terrence L. Neal
Terrence L. Neal
Law Clerk
(904) 549-1300

Copies to:
Counsel of record