IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
ex rel. 84 Partners LLC,

        Plaintiff,

vs.                            Case No. 3:14-cv-1256-J-32-PDB

GENERAL DYNAMICS ELECTRIC BOAT,
and
HUNTINGTON INGALLS INDUSTRIES,
NEWPORT NEWS SHIPBUILDING DIVISION,

        Defendants.
_____/

## NOTICE OF APPEARANCE OF GOVERNMENT CO-COUNSEL

PLEASE TAKE NOTICE that Michal Tingle, Alan S. Gale, and Arnold M. Auerhan, attorneys from the United States Department of Justice, Civil Division, hereby enter their appearances on behalf of the United States of America, and request that the Court direct all notices, orders, and the like to them at the address indicated below.

                        Respectfully submitted,

                        JEFFREY BOSSERT CLARK
                        Acting Assistant Attorney General

                        MARIA CHAPA LOPEZ
                        United States Attorney

By: */s/ Charles T. Harden III*
Charles T. Harden III
Assistant United States Attorney
Florida Bar No: 97934
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6000
Fax: (813) 274-6200
Email: charles.harden@usdoj.gov
*Counsel for the United States of America*

JAMIE A. YAVELBERG
MICHAL TINGLE
ALAN S. GALE
ARNOLD M. AUERHAN
Attorneys, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Post Office Box 261
Washington, D.C. 20044
(202) 307-0278
Email: michal.tingle@usdoj.gov
alan.gale@usdoj.gov
arnold.auerhan@usdoj.gov
*Co-counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Charles T. Harden III*
Charles T. Harden III
Assistant United States Attorney