**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,
Ex rel. 84 PARTNERS LLC,

    Plaintiff,

v.                                                    Case No. 3:14-cv-1256-J-32PDB

GENERAL DYNAMICS, ELECTRIC
BOAT CORP. and HUNTINGTON
INGALLS INDUSTRIES, NEWPORT
NEWS SHIPBUILDING DIVISION,

    Defendants.
_____

GENERAL DYNAMICS ELECTRIC
BOAT CORP.,

    Plaintiff,

v.                                                    Case No. 3:20-cv-769-J-32MCR

MICKEY SKOBIC and JOANNE SKOBIC

    Defendants.

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**

Courtroom Deputy: Marielena Diaz      Court Reporter: Shannon Bishop

<u>Counsel for plaintiff</u>:
Arnold Auerhan
Alan Gale

<u>Counsel for defendants</u>:
Gregory W. Kehoe
Michael L. Waldman
Michael Doornweerd

<u>Counsel for Relator</u>:
Jennifer Verkamp
Jillian Estes

2

**CLERK'S MINUTES**

PROCEEDINGS:    Telephone hearing re: pending motions

- Order to enter.

DATE:   October 6, 2020                               TIME: 10:09 a.m. – 12:00 p.m.

2