# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
Ex. rel. 84PARTNERS LLC,

      Plaintiff,

v.                                   Case No. 3:14-cv-1256-J-32PDB

GENERAL DYNAMICS ELECTRIC
BOAT CORP. and HUNTINGTON
INGALLS INDUSTRIES,
NEWPORT NEWS SHIPBUILDING
DIVISION,

      Defendants.

## **O R D E R**

This False Claims Act, 31 U.S.C. § 37291 et seq., case came before the Court on Defendants General Dynamics Electric Boat Corp. and Hunting Ingalls Industries, Newport News Shipbuilding Division's motions to dismiss (Docs. 60, 61). Relator 84Partners LLC filed a memorandum in opposition to both motions (Doc. 73) and the Government filed a statement of interest (Doc. 72). Defendants filed replies in support of their motions to dismiss (Docs. 77, 78), 84Partners filed a sur-reply (Doc. 88), and General Dynamics Electric Boat Corp. filed a response to 84Partners' sur-reply (Doc. 91). The Court held a telephone hearing on the motions on October 6, 2020, the record of which is incorporated by reference. For the reasons stated on the record, it is hereby

**ORDERED:**

1. Defendants' Motions to Dismiss (Docs. 60, 61) are **GRANTED**. The Amended Complaint (Doc. 52) is **dismissed without prejudice**.

2. Relator 84Partners shall have until **November 23, 2020** to file a second amended complaint.

3. Defendants shall have until **January 8, 2021** to file motions to dismiss the second amended complaint.

4. If Defendants elect to file motions to dismiss, 84Partners shall file its response to the motions no later than **February 8, 2021**.

5. The parties are not required to file a Case Management Report until the Court rules on the motions to dismiss.

**DONE AND ORDERED** in Jacksonville, Florida the 14th day of October, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tn
Copies:
Counsel of record