**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,
Ex. rel. 84PARTNERS LLC,

      Plaintiff,

v.                                      Case No. 3:14-cv-1256-J-32PDB

GENERAL DYNAMICS ELECTRIC
BOAT CORP. and HUNTINGTON
INGALLS INDUSTRIES,
NEWPORT NEWS SHIPBUILDING
DIVISION,

      Defendants.

## **O R D E R**

This case comes before the Court upon Relator 84Partners' Unopposed Motion for Extension of Time, filed November 12, 2020. (Doc. 98.). In this motion, 84Partners requests a fourteen-day extension to file its Second Amended Complaint, from November 23 to December 7, 2020, with comparable extensions for the remaining scheduled deadlines.[1] Id. The Court grants 84Partners' motion and amends the case briefing schedule as set forth below.

Accordingly, it is hereby

---

[1] The plaintiff in the related case General Dynamics Electric Boat Corp., v. Skobic, No. 3:20-cv-769-J-32MCR (M.D. Fla.) also filed an unopposed motion for extension of time on November 12, 2020.

**ORDERED**:

1. Relator 84Partners' Unopposed Motion for Extension of Time (Doc. 98) is **GRANTED**.

2. 84Partners shall have until **December 7, 2020** to file the Second Amended Complaint.

3. Defendants General Dynamics Electric Boat and Newport News Shipbuilding shall have until **January 22, 2021** to file motions to dismiss the Second Amended Complaint.

4. If Defendants elect to file motions to dismiss, 84Partners shall file its response to the motions no later than **February 22, 2021**.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of November, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tn
Copies:

Counsel of record

2